1    KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
     MICHAEL J. KUMP (SBN 100983)
2      mkump@kwikalaw.com
     GREGORY P. KORN (SBN 205306)
3      gkorn@kwikalaw.com
     808 Wilshire Boulevard, 3rd Floor
4    Santa Monica, California 90401
     Telephone: 310.566.9800
5    Facsimile: 310.566.9850

6    Attorneys for Plaintiffs
     KIMSAPRINCESS, INC. and
7    KIM KARDASHIAN WEST

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12   KIMSAPRINCESS, INC.; and              Case No. 2:19-CV-01258 VAP (JEMx)
13   KIM KARDASHIAN WEST, an
     individual,
14                                          **DECLARATIONS OF KIM
                    Plaintiffs,             KARDASHIAN WEST, TODD
15                                          WILSON, AND GREGORY KORN
              vs.                           FILED IN SUPPORT OF
16                                          PLAINTIFFS' MOTION FOR
     MISSGUIDED USA (FINANCE) INC.,         ENTRY OF DEFAULT AND
17   a Delaware corporation; and            DEFAULT JUDGMENT
     MISSGUIDED LIMITED, a United
18   Kingdom corporation of unknown form,   [Notice of Motion, Memorandum of
                                            Points and Authorities, and Proposed
19                  Defendants.             Order filed contemporaneously
                                            herewith]
20
                                            Date:    June 10, 2019
21                                          Time:    2:00 p.m.
                                            Crtrm.:  8A
22

23

24

25

26

27

28

## **DECLARATION OF KIM KARDASHIAN WEST**

I, Kim Kardashian West, declare as follows:

1.      Unless stated otherwise, I have personal knowledge of the following facts, and I could and would testify competently to such facts under oath.

2.      I and my loan-out corporation Kimsaprincess Inc. are Plaintiffs in this action. I am submitting this Declaration in support of our Motion for Default Judgment against Defendants Missguided USA (finance) Inc. and Missguided Limited (collectively, "Missguided").

### **Background**

3.      I, along with my sisters and other family members, appear on the television series called *Keeping Up With the Kardashians*, which has aired on the E! television network since around 2007 and is currently broadcast in over 160 countries worldwide. Our television show is primarily filmed in the Los Angeles area, where I live. Scenes of Los Angeles and surrounding areas are shown constantly in our show, and so my entirely family is closely associated with the city.

4.      I have developed and sold several of my own products, including a clothing line and makeup and fragrances, that bear my name or initials. I am currently selling a cosmetic line called "KKW Beauty" and a fragrance line called "KKW Fragrance." My "KKW" products sell online and in retail stores and have earned millions of dollars in revenues.

5.      I am also well-known and highly sought after as an endorser and spokesperson of products made by other companies in the cosmetics and apparel industries, among others.

6.      I enjoy one of the largest social media followings of any celebrity, including more than 120 million followers on Instagram and close to 60 million followers on Twitter. I am informed and believe that only a handful of people in the world have more than 100 million Instagram followers.

DECLARATIONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

**My Efforts To Protect My Reputation In Connection**

**With The Licensing Of My Intellectual Property Rights**

7.     I am very appreciative of my fans, and when I put my name on products or services, I want to be sure that the products or services are something that I can be proud of sharing. Because of this, I frequently turn down offers of endorsement deals, and when I do agree to endorse another company's product, I take steps to ensure that those products which are associated with me are of a quality and nature that will appeal to my fan base and be consistent with my brand that I have created over the years. I often work closely with my licensing partners to develop specific products for my endorsement. I also typically insist on reviewing and approving all products that are promoted using my name and image before the products are released to the public.

8.     Because a significant portion of my business involves the licensing of my name, trademarks, and images, I work very hard to ensure that my brand means something to my fans and to the public, who view the use of my name as the stamp of approval by me.

9.     It is harmful when a company uses my name, trademarks, and images to promote its products without my permission. I lose the ability to oversee the products that are being associated with me. I look like a spokesperson for a product that I do not endorse. In addition, the more other companies use my name and image, the more it discourages companies who want exclusivity in their licensing of my rights to make deals with me.

10.     My fans are also harmed by the confusion that is caused when companies use my name and image to promote their products with my consent. I have engaged with my fans for years through social media, email, and in-person appearances. I know through these interactions that when my fans see products being promoted and offered for sale using my name or image, they believe that I endorse those products and stand behind them 100 percent.

DECLARATIONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

**Missguided's Use Of My Name And Image Has Harmed**
**My Brand And Credibility**

11.    I have encountered several companies over the years that have attempted to capitalize on my fame by using my name or images without my consent, and my lawyers and I have taken steps to stop these infringements. Missguided's unauthorized use of my name and image has been particularly harmful. Missguided has used my name and image so extensively that I appear like an endorser of its website and product line when, in fact, I have no association with the company and do not support its products.

12.    This has also damaged my credibility because of my previous criticism of the "fast fashion" industry, in which companies like Missguided copy the clothing designs worn by celebrities and turn them around within a very short time after the original designs are seen on a red carpet or other event. I respect the designers who provide me their designs to wear, and I would never betray them by helping a company like Missguided copy those designs. Nevertheless, because I have appeared on Missguided's website and social media posts, it looks as though I am lying to the public and have secretly collaborated with the company despite my prior criticism of this industry. I have seen articles online accusing me of this.

**The Value Of Missguided's Misuse Of My Name And Image**

13.    Although it is unlikely I would ever agree to endorse Missguided specifically, I can attest to the fees that I would charge if an apparel company that I was willing to endorse used my name and image in the way that Missguided has. I commonly receive fees of $300,000 to $500,000 for just a single Instagram post endorsing another company's product that I like, and I often turn down licensing requests in this same range. For more involved arrangements where I will partner with a company for a longer period of time, my licensing deals are multi-million dollar deals which often provide me equity in the licensee as well. My transactional counsel, Todd Wilson, is providing further detail concerning these deals.

14.     For Missguided, which has used my name and image on its website to sell clothes, and which has posted numerous Instagram posts with my name and photos of me, sometimes with my husband and children, I would have demanded a licensing deal with a minimum guarantee of no less than $5 million.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.

Executed on May 3, 2019 in Los Angeles, California.

_____
Kim Kardashian West

DECLARATIONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

1

## DECLARATION OF TODD WILSON

2    I, Todd Wilson, declare as follows:

3    1.    I am an attorney who serves as transactional counsel for Kim

4  Kardashian West and Kimsaprincess, Inc., the plaintiffs in the above-entitled action.

5  I submit this declaration in support of Plaintiffs' motion for default judgment against

6  Defendants Missguided Limited and Missguided USA (Finance), Inc.

7  ("Missguided" or "Defendants")  I have personal knowledge of the facts set forth

8  herein, which are known by me to be true and correct, and if called as a witness, I

9  could and would competently testify thereto.

10    **The Value Of Missguided's Use Of Kim's Name And Likeness**

11    2.    I am transactional counsel for Kim Kardashian West and her loan-out

12  corporation, Kimsaprincess, Inc. (collectively, "Kim"), which entity holds certain of

13  Kim's intellectual property rights, including her registered trademarks. For almost 8

14  years, I have worked exclusively as an attorney for Kim and her family. In that

15  capacity, I have been and am integrally involved in all of Kim's businesses and

16  dealings. This includes the companies that she operates and which produce her own

17  product lines, including "KKW Beauty" cosmetic line and "KKW" fragrance line. I

18  also handle the negotiation and drafting of licensing and endorsement deals that Kim

19  enters into with third party companies. I am thus intimately familiar with the

20  economic terms of Kim's endorsement and other deals.

21    3.    Since I began working for Kim, and still to this day, she has been

22  highly sought after to endorse products in a variety of industries including the

23  fashion and cosmetics industries. Kim is selective in the arrangements she accepts.

24  We receive far more offers for Kim's services than she is willing to entertain, and

25  she regularly declines opportunities that would be worth hundreds of thousands of

26  dollars, and sometimes millions of dollars, to her. Kim declines these potential deals

27  for a variety of reasons, but generally she does so where she does not approve of the

28

1  product or service that she is being requested to promote, or where she already has

2  an exclusive relationship in the area.

3      4.    The proposals that Kim has accepted are incredibly lucrative. Over the

4  years, we have entered into *numerous* multi-million dollar licensing deals under

5  which Kim grants companies the right to use her name and likeness to promote their

6  brand for a term of some number of months or years.

7      5.    In addition, Kim has also entered into a number of agreements with

8  companies to provide one-off social media posts, often on Instagram, to promote a

9  product that she endorses. The fees on these agreements range from $300,000 to

10 $500,000 for a *single* social media post, depending on the specific nature of the post.

11 We have consummated a number of agreements in this range, while also turning

12 down numerous comparable offers.

13     6.    I am very familiar with Missguided's use of Kim's name and likeness

14 on its website and Instagram page, both of which I have reviewed. Missguided has

15 appropriated Kim's persona just as substantially as many of her licensees are

16 permitted to do. Kim's name and likeness have been used on several pages of

17 Missguided's website to promote and sell clothing. Her image and name have been

18 used in Missguided's Instagram feed for the same purpose. These uses of Kim's

19 name and image are far more substantial and valuable than a single social media

20 post by her. They are equivalent, rather, to the uses that Kim's longer-term licensing

21 partners are permitted, and if Missguided had come to us asking for a license

22 allowing it to appropriate her name and image as it has, we would have demanded,

23 and the market would have warranted, a minimum guarantee of millions of dollars.

24     7.    A recent licensing deal that I negotiated and documented for Kim

25 provides a good benchmark for the value of the license that would be required, and

26 that Kim could procure from third parties, to use her name and likeness in the way

27 that Missguided has. Kim has entered into a deal with a company that makes

28 wearable consumer goods. Under this license, the company is entitled to use (with

1    pre-approval) Kim's name and likeness to advertise and sell its products. Kim has

2    some minimal promotional obligations. In consideration, this consumer goods

3    company has agreed to pay cash compensation exceeding $6 million *annually*, *plus*

4    a grant of substantial equity in the company.

5        8.    The fair market value of Missguided's use of Kim's name and

6    likeness—in other words, the amount that we could demand and receive in the

7    market for such uses—approaches the economic terms of the license described

8    above. The licensing terms would vary slightly, in that Missguided has not received

9    the benefit of the two promotional appearances that Kim is providing under the deal

10   discussed above. These appearances, however, are not the driver of financial terms

11   in my negotiations with third parties. The rights that third parties are most concerned

12   about (based on their communications and negotiations with me) are the right to use

13   Kim's name and image in marketin and selling goods. That is exactly the benefit

14   Missguided has received by using Kim's name and image on its

15   www.missguidedus.com website and in multiple Instagram posts that advertise its

16   products.

17       9.    A licensing agreement allowing a company like Missguided to use

18   Kim's name and likeness in the way that it has would justify and garner a fee of no

19   less than $5 million (and would likely include additional compensation such as a

20   running royalty or an equity stake). This conservatively estimates the market rate for

21   such a license, considering that companies routinely pay Kim hundreds of thousands

22   of dollars for a single social media post.

23                    **The Importance To Plaintiffs Of A Default Judgment**

24       10.   The entry of a default judgment against Missguided is vitally important

25   to the protection of Kim's business interests and reputation. Kim's career as a

26   spokesperson depends on her ability to control and monitor the use of her persona to

27   promote third-party products. When Kim is considering licensing offers, she is

28   selective of the companies that she chooses to partner with, and she then works

closely with her chosen partners to review and approve of any products that will be associated with her, and in some cases to develop specific products for her endorsement. This protects Kim's reputation, and also protects her fans by ensuring they are not consuming a product that Kim does not genuinely endorse.

11.     Kim is a frequent target of companies that are trying to capitalize on her fame by using her trademarks, name, or likeness without her consent. We diligently police these infringements to protect Kim's brand and reputation, which would be seriously impaired if companies were able to coopt her persona with impunity. These unauthorized uses dilute Kim's brand and credibility by making it appear as though she is indiscriminately endorsing other companies' products. It also hinders our ability to negotiate deals with law-abiding companies, who often want as much exclusivity as they can get, and for whom the value of Kim's endorsement decreases as she is associated (with or without her consent) with more and more companies.

12.     It would compromise Kim's business and our negotiation of new licensing deals in the future if companies like Missguided could misappropriate Kim's name, image, and trademarks and escape liability by failing to respond to a complaint.

/ / /

/ / /

## My Discussions With Missguided's Counsel

13.    Before this action was filed, I contacted Missguided to demand that it cease and desist from one of the uses of Kim's name that we were aware of at the time. I received an email response on February 8, 2019 from Adam Morallee (adam@brandsmiths.co.uk), a true and correct copy of which is attached hereto as **Exhibit 1**. In the email, Mr. Morallee identified himself as a Partner at Brandsmiths and indicated that he was counsel for Missguided, stating: "We act for Missguided."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 3, 2019, at Paradise Valley, Arizona.

Todd Wilson

## <u>DECLARATION OF GREGORY P. KORN</u>

I, Gregory P. Korn, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am a partner with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Plaintiffs KIMSAPRINCESS, INC. and KIM KARDASHIAN WEST ("Plaintiffs" or "Kardashian").  If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

### Fed. R. Civ. P. 55 And L.R. 55-1 Requirements

2.      Defendants Missguided Limited and Missguided USA (Finance), Inc. ("Missguided USA") (collectively, "Missguided") are both entities. They are not minors or incompetent persons, and they are not subject to the Servicemembers Civil Relief Act.

### Communications With Missguided's Counsel

3.      At or about the time this action was filed, I was informed that attorney Adam Morallee of Brandsmiths in London, England was counsel to Missguided. On February 21, 2019, after the Complaint was filed in this case, I emailed Mr. Morallee to inform him that the action had been filed and that Missguided USA had been served by its registered agent for service. My further email further proposed that Mr. Morallee agree to accept service on behalf of Missguided Limited, a U.K. entity, to obviate our need to effect service under the Hague Convention.

4.      I subsequently had a telephone call with Mr. Morallee. He confirmed that he represented Missguided, and he informed me that he was not authorized to accept service, and, moreover, that neither of the Missguided entities intended to respond to Plaintiffs' Complaint.

5.      On April 30, 2019, I contacted Mr. Morallee in writing to inform him that Plaintiffs were seeking a default judgment in the amount of $5 million, plus $103,600 in attorneys' fees. True and correct copies of my letter and cover email are

11

1  attached hereto as **Exhibit 2**. On May 2, 2019, I received an email from Mr.

2  Morallee confirming he had received my letter.

3  **Missguided's Use Of Kardashian's Name And Likeness**

4        6.      In the weeks leading up to the filing of the Complaint in this case, and

5  throughout the matter, I have visited the www.missguidedus.com website

6  ("Missguided Website") on numerous occasions and seen photographs of

7  Kardashian, as well as her name, on the site.

8        7.      Attached hereto as **Exhibit 3** is a true and correct copy of the "terms of

9  sale" page from the Missguided Website, which was digitally captured at my

10  direction. This page of the site states that "Missguided Limited … and Missguided

11  USA (Finance), Inc."—the entities named in this case, "are the owners and

12  operators" of the website.

13        8.      Attached hereto as **Exhibit 4** is a true and correct copy of a "crushin'

14  on kim k" page of the Missguided Website that I located, and which was digitally

15  captured at my direction.

16        9.      Attached hereto as **Exhibit 5** is a true and correct copy of a page from

17  the Missguided Website entitled "5 party looks inspired by the kardashians," which

18  was digitally captured at my direction. This page of the Missguided Website is *still*

19  accessible, and all of the links on the page remain active. On April 29, 2019, I used

20  the link that is shown alongside an image of Kardashian and the name "kim" to

21  access a website page containing a number of dresses purportedly inspired by her,

22  and I purchased a product on that page. I ordered the product for delivery to my

23  office in Santa Monica, California, as shown in the email order confirmation I

24  received from Missguided, a true and correct copy of which is attached hereto as

25  **Exhibit 6**. The next day, I received email confirmation from Missguided that the

26  product had shipped, a true and correct copy of which is attached hereto as **Exhibit**

27  **7**.

28

DECLARATIONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

10.     I have reviewed Missguided's Instagram page and feed and have seen numerous posts by Missguided that contain Kardashian's name and photographs of her (sometimes with her husband and/or children). True and correct copies of Instagram posts by Missguided, which I personally captured from its Instagram feed, are attached hereto as **Exhibits 8-15**.

11.     Attached hereto as **Exhibit 16** is a true and correct copy of an article on www.thefashionlaw.com entitled *Kim K and Missguided: Fast Fashion at its Quickest or a Marketing Ploy in Disguise?*, which was captured at my direction.

### Missguided's Business Activities In The United States

12.     Attached hereto as **Exhibit 17** is a true and correct copy of an article on www.racked.com entitled *Missguided Is Sexy AF And Coming For Your Closet*, which was captured at my direction.

13.     Attached hereto as **Exhibit 18** is a true and correct copy of captures from a Nordstrom website showing the sale of Missguided clothing.

14.     Attached hereto as **Exhibit 19** is a true and correct copy of a page from the Missguided Website that was captured at my direction, and which notes Missguided's hosting of a party at Coachella in Indio, California. I also searched the term "Coachella" on the Missguided website, which pulled up a page of the site entitled "festival clothing."

15.     Attached hereto as **Exhibit 20** is a true and correct copy of a December 20, 2017 article in Business Insider that I located online, and which was digitally captured at my direction.

/ / /

/ / /

1        16.     Attached hereto as **Exhibit 21** is a true and correct copy of a November

2   4, 2017 article from thisismoney.co.uk that I located online, and which was digitally

3   captured at my direction.

4        I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct.

6        Executed May 3, 2019, at Santa Monica, California.

7

8                                            _____

9                                            Gregory P. Korn

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATIONS IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

# EXHIBIT 1

On 2/8/19, 1:48 PM, "Adam Morallee" <adam@brandsmiths.co.uk> wrote:

   Dear Mr Wilson

   We act for Missguided.

   We note your email of today. Our client has respect for your client and would never undertake activity which infringed your client's rights.

   The post occurred in response to your client's jovial post inferring that a fast fashion company would copy her dress. The response from Missguided responded directly to that in a humorous fashion. It would be clear to any reader of the post that this was the case; there could be no inference that your client endorses our client : quite the opposite.

   Notwithstanding the above, and out of the goodwill our client has to your client and her family, the post will be taken down without any admission whatsoever of liability.

   Yours sincerely

   Adam Morallee
   Partner
   Brandsmiths

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender and delete all copies of this email message along with all attachments. Thank you.

# **<u>EXHIBIT 2</u>**

**From:**            Michelle Law
**Sent:**            Tuesday, April 30, 2019 2:03 PM
**To:**              adam@brandsmiths.co.uk
**Cc:**              Gregory P. Korn; Michael J. Kump
**Subject:**         Kim Kardashian West, et al. v. Missguided Limited, et al.
**Attachments:**     2019-04-30 Letter to Adam Morallee re Missguided Limited & Missguided US....pdf


Mr. Morallee,

On behalf of Mr. Gregory Korn, please find attached a letter in regards to the Kim Kardashian West, et al. v. Missguided Limited, et al. case.

Thank you.

Michelle

Michelle A. Law  |  Legal Assistant
Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
Main Telephone:  310.566.9800
Main Fax:         310.566.9850
E-Mail: mlaw@kwikalaw.com

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender and delete all copies of this email message along with all attachments. Thank you.



KINSELLA
WEITZMAN
ISER
KUMP &
ALDISERT LLP

**Gregory P. Korn**
Direct Dial: (310) 566-9807
Direct Fax: (310) 566-9877
E-Mail: gkorn@kwikalaw.com

April 30, 2019

**VIA E-MAIL AND FEDERAL EXPRESS**

Adam Morallee
Brandsmiths
Old Pump House
19 Hooper Street
London, E1 8BU
adam@brandsmiths.co.uk

      Re:    ***Kim Kardashian West, et al. v. Missguided Limited, et al.***, C.D. Cal. Case No. 2:19-CV-01258 VAP ("Action")

Dear Mr. Morallee:

      As you will recall, this firm represents Plaintiffs Kim Kardashian West and Kimsaprincess, Inc. in the above-entitled Action filed against your clients Missguided Limited and Missguided USA (Finance), Inc. in the United States District Court for the Central District of California. You and I spoke over the telephone several months ago about the service of the Complaint on your clients. During that call, you indicated that you were not authorized to accept service, and that neither Missguided entity would be appearing in the Action.

      To update you on the status of the matter, both Missguided entities have been served lawfully (in the case of Missguided Limited, pursuant to the Hague Convention), and both entities have failed to timely respond. The Clerk of the Court has entered a default against Missguided USA. A request for entry of default has been filed as to Missguided Limited.

      Per an order of the Court, we will be filing a motion to enter Missguided Limited's default, and for entry of default judgment against *both* Missguided Limited and Missguided USA (Finance), Inc. The motion will be filed on May 3, 2019. The motion will be set for hearing on June 10, 2019, at 2:00 p.m. PST, in Courtroom 8A of the First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, before the Honorable Virginia Phillips.

      The motion will seek a permanent injunction. It will further seek an award of compensatory damages on Plaintiffs' statutory and common law claims for violation of the right of publicity and trademark infringement, as well as an award of attorneys' fees. Plaintiffs will be requesting damages totaling Five Million Dollars (US$5,000,000) on bases

Adam Morallee
April 30, 2019
Page 2

to be explained in the moving papers, along with attorneys' fees of $103,600. We will provide you a courtesy copy of those papers once they are filed.

      Please feel free to contact me by email or telephone if you'd like to discuss the matter further. All rights reserved.

Very truly yours,

Gregory P. Korn

cc:    Michael J. Kump, Esq.

/640298

# EXHIBIT 3

MISSGUIDED    US

| free standard shipping | shop new in | shop tops |
|---|---|---|
| on orders over $60 | from $4 | from $5 |

home / terms & conditions / terms of sale - missguided

# terms of sale

Terms of Use
Privacy Policy
Cookies Policy
Promotions Terms

We are Missguided Limited (company number 03235904) ("ML") and Missguided USA (Finance) Inc ("MUFI") are the owners and operate the following websites: www.missguided.co.uk, www.missguidedus.com www.missguidedau.com; www.missguided.eu; www.missguidedfr.fr; www.missguided.com/pl; www.missguided.com/de; and www.missguided.com/es (the "Sites"). Missguided Retail Limited (company number 10033268; VAT number 242639993) ("MRL") is the owner and operator of the Missguided branded stores ("Stores"). Together ML, MUFI and MRL shall in these terms be referred to as "we", "us", "our" and "Missguided"

Our headquarters are at Missguided HQ at at 75 Trafford Wharf Road, Manchester, United Kingdom, M17 1ES.

This page tells you the legal terms and conditions ("Terms") on which we sell any items on the Sites ("Items") to you. Please note these Terms only apply to the purchase of items on the Sites. Purchase of Missguided items from any other source (including without limitations our Stores or third party stores and websites selling our Items) ("Other Sources"), will be governed by the terms and conditions applicable at the relevant source. Please note that promotions and offers available for purchases on the Sites may not be available for purchases through the Stores and Other Sources and vice versa.

Please read these Terms carefully and make sure that you understand them before ordering any items from the Sites. Please note that before placing an order you will be asked to agree to these Terms. By placing an order on the Sites or purchasing items from the Stores you confirm your acceptance of these Terms.

You should print a copy of these Terms or save them to your computer for future reference.

We amend these Terms from time to time. Every time you wish to order items, please check these Terms to ensure you understand the terms which will apply at that time.

We reserve the right to amend these Terms from time to time. These Terms were most recently updated on 26 October 2016.

## how the contract is formed between you and us on sites

Our shopping pages will guide you through the steps you need to take to place an order with us. Our order process allows you to check and amend any errors before submitting your order.

Please take the time to check the details of your order at each page of the order process and before clicking "Confirm and Pay", as you will not be able to make any changes to your order after this point.

After you place an order by clicking "Confirm and Pay", you will receive an e-mail from us acknowledging that we have received your order. We then send you an email that confirms that the items have been despatched ("Despatch Confirmation").

Please note that items are subject to availability. As there is a delay between the time when the order is placed and the time when the order is processed, the stock position relating to particular items may change. If an item becomes out of stock we will notify you as soon as possible and you will be refunded where we have already taken payment.

We reserve the right to refuse an order for example if the item you have ordered is unavailable or out of stock. If we are unable to obtain authorisation of payment, if there is an error in the product information including price or promotion or if we suspect fraudulent activity.

If we are unable to supply you with an item in these circumstances we will inform you of this by e-mail. If you have already paid for the items, we will refund you the full amount including any delivery costs charged as soon as possible.

## items on the sites

The images of the items on the Sites are for illustrative purposes only. Although we have made every effort to display the colours accurately, we cannot guarantee that your computer's display of the colours accurately reflect the colour of the items. Your items may vary slightly from those images.

All sizes and measurements of items are approximate, however we do make every effort to ensure they are accurate as possible.

We take all reasonable care to ensure that all details, descriptions and prices of items are as accurate as possible. We reserve the right to refuse orders where information about items has been mis-published, including without limitation prices and promotions.

All our items are sold on the basis that they are suitable for domestic use only. Please contact us for further information if you intend using any items in a business or public environment.

Please be aware that our items are not aimed at persons aged under 16 so please take extra care when purchasing items as gifts for persons under this age group.

We take all reasonable care to ensure that the prices of items are correct at the time when the relevant information is entered onto the Sites.

Prices for items may change from time to time without notice. However, these changes will not affect orders that have already been despatched.

The price of an item includes VAT (or similar sales tax) (where applicable) at the prevailing rate for which we are responsible as a seller.

Please note that the prices listed on the Sites are only applicable for items purchased on the Sites and not through any other source.

The price of an item does not include delivery and returns charges. You will be provided with details of our delivery charges during the order process. You can also see our delivery options and charges on our Delivery Details page. You can get information about charges for returning items if you choose to use one of our returns methods on our Returns Information Page.

Please note that whilst we take utmost care in ensuring the content on the Sites (including descriptions of the items and associated services such as shipping, payment terms, offers and promotions and delivery timescales) are accurate the Sites may at times contain typographical errors or other errors or inaccuracies and may not be complete or current. We therefore, reserve the right to correct any errors, inaccuracies or omissions and to change or update information at any time without prior notice. Where this affects an order that you have already placed we will notify you of the error if it will impact upon your order. In this regard, we reserve the right not to fulfil any orders that you have placed based on information on the Sites that may contain errors or inaccuracies.

## payment

You can pay for items on the Sites using the following payment options: Mastercard and Visa credit cards. Maestro, Delta, Solo or Electron debit cards, American Express charge cards and PayPal.

You can pay for items in any of the following currencies: Pound Sterling, US Dollars, Canadian Dollars, Australian Dollars, New Zealand Dollars, Euros, Danish Krona, Swedish Kroner, Norwegian Krone, Hong Kong Dollars, Singapore Dollars and Swiss Francs.

We offer the "Verified by Visa" and "MasterCard SecureCode" service which provides you with a safer shopping experience when using your credit card online. You can register for the service when you reach the checkout process or by contacting your card issuer directly. This is a one off-registration process and you will be able to use the same password when making future purchases with us. Please note, dependent on your card issuer we may not be able to process your order if you do not register and a different method of payment may be required to complete your purchase.

All credit/debit cardholders are subject to validation checks and authorisation by the card issuer. If the issuer of your payment card refuses to, or does not for any reason, authorise payment then you will be notified as soon as possible.

We may undertake searches with credit reference agencies for the purposes of verifying your identity and the personal information you submit as part of an order. To do so the agencies may check your personal information against any particular information on any database (public or otherwise) to which they have access. They may also use your details in the future to assist other companies for

reasonable possible. We may also use your personal information for the purposes of prevention or detection of fraud or by submitting your order you agree the.

All items ordered remain our property until we receive full payment from you.

## delivery

You will be given various options for delivery of items during the order process. The options available to you will vary depending on where you are ordering from. To get specific details of delivery options in your area click on the applicable link below:

- UK - www.missguided.co.uk
- Republic of Ireland - www.missguided.eu
- USA/Canada - www.missguidedus.com
- Europe - www.missguided.eu
- Australia - www.missguidedau.com
- Spain - www.missguided.com/es
- Germany - www.missguided.com/de
- Poland - www.missguided.com/pl
- Rest of the World - www.missguided.co.uk

Delivery charges will be applied in addition to the prices for the items you are purchasing. The amount of the delivery charge will depend on delivery option you have chosen.

Please note that in addition to the items and delivery charges we apply to your order, you may also be required by your country of residence to pay import duties and taxes. Please contact your local customs office for further information so that you are sure about the applicable duties and taxes before you place your order. We are not responsible for payment of such duties and taxes. In the event that you fail to pay such duties and taxes or you fail to collect your order, and the order is then returned to us, we will require you to pay any costs that we have incurred as a consequence.

You must provide us with complete and accurate delivery address information. For the avoidance of doubt, this includes not only the address that your order is going to but also the name of the recipient. We cannot be liable for delivery of your order to the wrong address or the wrong person as a result of you supplying us with incomplete or inaccurate information.

We will make every effort to deliver your order within estimated timescales. However, delays are occasionally inevitable due to unforeseen factors or events outside our control for example, material shortages, travel or transportation disruption, import delays, software or technical failures or higher than anticipated demand. Please note delivery of your order may take longer during sale or other busy periods.

We are unable to deliver on public and bank holidays, Christmas Day, Boxing Day or New Year's Day. On these dates, delivery will take longer than usual. Please allow an extra working day (i.e. Monday-Friday, excluding Saturdays, Sundays and public holidays) for each of these days when calculating the estimated delivery date and when choosing your delivery option.

## click and collect

If you select "Click and Collect" as your delivery option when you order on Site you may collect your items in the Store. You must bring your order details and proof of identity.

## returns

If you change your mind about any items purchased you can return them to us (except grooming products, pierced jewellery or swimwear if the hygiene seal has been removed or any other item that cannot be returned for health or hygiene reasons) within 14 days of the order being delivered to you, provided:

1. The items are unworn and unwashed (and there are no signs of transfer of any make-up, or other stains);
2. If shoes, the items are unworn and show no signs of wear;
3. The items have all tags attached and are returned with correct despatch and order information.

We will refund the price that you paid for the items taking into account any discounts or promotions applied when you purchased the items. The refund will not include any delivery charges you have paid. All refunds will be made using the same method of payment you used to purchase the items.

The above does not affect your statutory rights.

Please note that this policy only applies to items you have purchased on the Sites. For items purchased from other sources, you will need to check the returns policies of the applicable source.

## cancelling your contract – eu customers only

If you are a European Union customer you also have the right to cancel your contract with us and return your items by post within 14 calendar days from the day after the date you received your order. This right does not apply to items that cannot be returned for hygiene reasons or items where an applicable hygiene seal has been removed (e.g. makeup, underwear, swimwear or pierced jewellery). To cancel your order you must inform us of your wish to cancel in writing either using the Cancellation Form or by writing to our Customer Care Team at noreply.US@missguided.com or by post to Customer Care, Missguided Limited, Unit 8 Centenary Park, Coronet Way, Salford, Manchester, United Kingdom, M50 1RE. If you are emailing us or writing to us please include details of your order to help us to identify you including your name, address and order number.

You must take reasonable care of the items. Whilst you may inspect the items when they are in your possession you must not use them.

You will be responsible for returning the items to us including the the cost of returning the items using a courier or other postal method.

You should return the items in their original packaging wherever possible, as soon as possible after informing us of your wish to cancel. We will not be responsible for any loss or damage to items that occur before they are returned to us including where they are lost or damaged in transit.

If you cancel your contract you will be refunded the price you paid for the items within your order and a proportion of the delivery charges you paid up to the cheapest and most common method of delivery available to you at the time. However, please note we are permitted by law to reduce your refund to reflect any reduction in the value of the items, if this has been caused by your handling, including any loss or damage that occurs during transit. The refund will be made to the original method of payment you used, within 14 calendar days of our receipt of the cancelled items if earlier, within 14 days from the day we receive proof of return from you.

Please note if you do not wish to cancel your entire contract and just want to return some of the items in your order you can return them in accordance with our standard returns policy.

The above does not affect your statutory rights.

## gift cards

You can purchase gift cards from our Stores ("Gift Card"). Your Gift Card can be used by you if you are the purchaser or given as a gift. You can use the card in full or part payment for goods purchased in Stores in the UK. The Gift Card cannot be used for purchases on Sites or from other Stores.

You can top up your Gift Card at any time in Stores.

Any payment credited to the Gift Card which is subsequently dishonoured will result in the credit to your Gift Card being revoked.

The value of your purchases will be deducted from the balance on your Gift Card when presented; any remaining balance can be used against future purchases.

The Gift Card is not for re-sale and cannot be exchanged for cash. No change or refund will be given. The Gift Card will not be honoured if sold. If found please cut in two and return to Customer Care Missguided HQ, 75 Trafford Wharf Road, Manchester, M17 1ES.

The Gift Card will automatically expire 12 months after the last time that you use it to make a purchase or check your balance and any remaining balance will be deducted.

We will not be responsible if your Gift Card is lost, stolen or damaged. It will not be replaced or its value refunded in any of these circumstances.

The Gift Card remains our property and is not a cheque guarantee, credit or charge card.

## general

Your use of the Sites is governed by our Terms of Use . Amongst other matters, this details how you may use our name, logos and content on the Sites. Please take the time to read this carefully so that you are clear about how you may use the Sites. By using the Sites you are confirming acceptance of the terms of our Terms of Use.

When you use the Sites we will use your personal information in accordance with our Privacy Policy . Please take the time to read this carefully as it sets out how we will use information about you and

how your information may be shared with third parties. By placing an order on and/or using the Sites you are confirming acceptance of the terms of the Privacy Policy.

The Sites use cookies. Please review our Cookies Policy to see how we collect and use information collected by cookies on our Sites. By using the Sites you are confirming acceptance of the terms of our Cookies Policy.

If you are a consumer, you may only purchase items from the Sites if you are at least 16 years old. Otherwise you a parent or guardian must purchase items from the Sites for you.

You agree not to use any items purchased for any commercial, business or resale purposes, and we have no liability to you for any loss of profit, loss of business, business interruption, or loss of business opportunity. We only supply the items for domestic and private use. If you are not a consumer you must obtain our prior written consent to purchase items from the Sites. Nothing in these Terms excludes our liability for death or personal injury caused by negligence, for fraud or any other liability that cannot excluded or limited by law.

These Terms and any document expressly referred to in them, our Privacy Policy, Cookies Policy and Terms of Use constitute the entire agreement between you and us and supersedes and extinguishes all previous agreements, promises, assurances, warranties, representations and understandings between us, whether written or oral, relating to their subject matter.

You acknowledge that in placing an order and entering into a contract with us you do not rely on any statement, representation, assurance or warranty (whether made innocently or negligently) that is not set out in these Terms or any document expressly referred to in them including without limitation our Privacy Policy, Cookies Policy or Terms of Use. You and we agree that neither of us shall have any claim for innocent or negligent misrepresentation or negligent misstatement based on these Terms.

We will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations that is caused by any act or event beyond our reasonable control.

We may transfer our rights and obligations under our contract with you to another organisation, but this will not affect your rights or our obligations under these Terms. You may only transfer your rights or obligations under these Terms to another person if we agree in writing.

When you purchase items from us, the contract formed is between you and us. No other person shall have any rights to enforce any of its terms, whether under the Contracts (Rights of Third Parties) Act 1999 or otherwise.

Each of the clauses of these Terms operates separately. If any court or relevant authority decides that any of them are unlawful or unenforceable, the remaining clauses will remain in full force and effect.

If we fail to insist that you perform any of your obligations under these Terms, or if we do not enforce our rights against you, or if we delay in doing so, that will not mean that we have waived our rights against you and will not mean that you do not have to comply with those obligations. If we do waive a default by you, we will only do so in writing, and that will not mean that we will automatically waive any later default by you.

These Terms are governed by English law. This means your use of the Sites and any contract for the purchase of items through the Sites, and any dispute or claim arising out of or in connection with the same will be governed by English law. You and we both agree to that the courts of England and Wales will have non-exclusive jurisdiction to settle any disputes arising out if these Terms or your use of the Sites.

If you have any questions about our Terms or Sites or Stores please contact our Customer Care Team at customercare@missguided.com or Missguided HQ, 75 Trafford Wharf Road, Manchester, United Kingdom, M17 1ES.

# treat your inbox

Receive our newsletter on the latest deals and happenings. You can unsubscribe any time you want. **Read more here** about how and why we ask for this data.

your email address   >

## customer info

Help

My Orders

Where's My Order?

Delivery Information

How To Return

Size Guide

Contact Us

Offers & Promotions

## shipping options

| | |
|---|---|
| USA Standard | $5 or free over $60 |
| USA Express | $8 |
| Canada Standard | $5 or free over $60 |
| Canada Express | $8 |

## brand info

About Us

Affiliates

Terms Of Sale

Sitemap

Promotions Terms

Student Discount

Privacy Policy :: Terms of Use :: Cookies Policy

### visit missguided global websites





Missguided uses cookies. **Read more here**                                    ✕

# **EXHIBIT 4**

MISSGUIDED

free standard shipping
on orders over $60

shop new in
from $12

shop dresses
from $12

home :: oh snap - kim kardashian - missguided

## crushin' on kim k

She's capable of breaking the internet, her style is ever-evolving and we can't get enough of her latest blonde reinvention, but it's Kim's wardrobe we're really crushin' on right now.
She's been rocking camo, all-white and lots of figure-huggin' fabrics lately so here's how to get the Kar-sass-ian look.

Shop Kim K





### treat your inbox

Receive our newsletter on the latest deals and happenings. You can unsubscribe any time you want. **Read more here** about how and why we ask for this data.

your email address  >

**customer info**

Help
My Orders
Where's My Order?
Delivery Information
How To Return
Size Guide
Contact Us
Offers & Promotions

**shipping options**

USA Standard          $5 or free over $60
USA Express           $8
Canada Standard       $5 or free over $60
Canada Express        $8

**brand info**

About Us
Affiliates
Terms Of Sale
Sitemap
Promotions Terms
Student Discount

Privacy Policy :: Terms of Use :: Cookies Policy

**visit missguided global websites**

f  t  instagram  bell  pinterest

Missguided uses cookies. **Read more here**

# **EXHIBIT 5**

MISSGUIDED

free standard shipping
on orders over $60

shop new in
from $12

shop dresses
from $12

home / top 5 kardashian party looks - missguided

# 5 party looks inspired by the kardashians.

These are the top 5 looks we're taking our party inspo from this season. rocked by our fave Kardashian sisters

shop the party



## 1.kendall

Kendall's style is off the hook right now and we're loving seeing her haute style go from strength to strength. She proves you can do legs and back whilst still looking cool af. as long as you pair your mini dress with some killer caged heels and a catwalk-inspired hair do.

shop party dresses







## 2.kylie

We've been girl crushing all over Kylie every time she steps out recently and this has to be one of her hottest looks to date. it's seriously impactful and all you need is a plunge neck maxi dress with a thigh-high split. Keep the accessories simple and let the dress do the talking 'cos let's be honest, it's killer.

shop party dresses









Missguided uses cookies. Read more here



BAG $34                                HEELS $60

## 3.kim

It just isn't winter unless you've got a wardrobe full of faux fur coats and accessories. Feel the fuzz with oversized cocoon coats, fluffy trims and fuzzy patchwork gilets.

shop party dresses



BAG $26                    DRESS $48

EARRINGS $9             SANDALS $48

## 4.kourtney

Kourtney always gets cool sophistication right. We're really vibin' her jumpsuit look, keeping the hair and make up on fleek and accessories matching. She proves you don't always need sequins for party season.

shop jumpsuits



JUMPSUIT $74            BAG $51

CUFF $11                   SANDALS $51

## 5.khloe

Khloe loves a full on glam look but can totally do going out-casj too. It might be simple but this look a low-to-the-floor and we love the pastel colour palette paired with crush-worthy copper court heels.!

shop party dresses



TOP $14                    SKIRT $21





BAG £31        SHOES £52

# time to party!

shop party



## treat your inbox

Receive our newsletter on the latest deals and happenings. You can unsubscribe any time you want. **Read more here** about how and why we ask for this data.

your email address    >

**customer info**

Help

My Orders

Where's My Order?

Delivery Information

How To Return

Size Guide

Contact Us

Offers & Promotions

**shipping options**

USA Standard        £6 or free over £40

USA Express         £8

Canada Standard     £6 or free over £40

Canada Express      £8

**brand info**

About Us

Affiliates

Terms Of Sale

Sitemap

Promotions Terms

Student Discount

Privacy Policy    Terms of Use    Cookies Policy

**visit missguided global websites**

Missguided uses cookies. **Read more here**

# **<u>EXHIBIT 6</u>**

**Gregory P. Korn**

| | |
|---|---|
| **From:** | Missguided Sales <noreply.US@missguided.com> |
| **Sent:** | Monday, April 29, 2019 1:23 PM |
| **To:** | Gregory P. Korn |
| **Subject:** | Missguided: Order Confirmation # 134504769 |

# MISSGUIDED

# hi Greg,

thanks for your order

Here are your order details:

## Order number:

#134504769

## Delivery method:

USA and Canada Standard Delivery

## Delivery address

Gregory Korn
c/o Kinsella Weitzman
808 Wilshire Blvd Fl 3
Santa Monica, California, 90401-1889
United States
T: 310-566-9807

| ITEM DESCRIPTION | PRICE |
|---|---|
| Black Crossbody Halterneck Bodycon Mini Dress<br>Size: 2, Quantity: 1 | $17.00 |

| | |
|---|---|
| Subtotal | $17.00 |
| Shipping & Handling | $5.00 |
| Grand Total | $22.00 |

We will send you some inbox love when your order leaves our warehouse, you'll also be able to track your order from your account so you know exactly when to expect it.

Got questions about your order?

**chat now**

**new in**

**dresses**



**Privacy Policy** / **Delivery & Returns**

**Missguided Ltd, 75, Trafford Wharf Road, Trafford Park, Manchester, M17 1ES**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender and delete all copies of this email message along with all attachments. Thank you.

# <u>EXHIBIT 7</u>

**Gregory P. Korn**

| | |
|---|---|
| **From:** | Missguided Sales <noreply.US@missguided.com> |
| **Sent:** | Tuesday, April 30, 2019 10:09 PM |
| **To:** | Gregory P. Korn |
| **Subject:** | Missguided: Order # 134504769 dispatched |

# MISSGUIDED

# not long now...

Yay, your Missguided order is on its way, not long before you're slayin' your new look.

You'll be contacted by the courier when your order is nearly with you, in the meantime you can track your order on your account!

**track order**

### new in

### dresses



**Privacy Policy** / **Delivery & Returns**

**Missguided Ltd, 75, Trafford Wharf Road, Trafford Park, Manchester, M17 1ES**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender and delete all copies of this email message along with all attachments. Thank you.

# **<u>EXHIBIT 8</u>**





missguided ✔ • Follow

**missguided** If you can't channel Kimmy K on a Fri-yay, when can you? Tap up our Insta Stories to shop this fire dress and more celeb style steals 🔥 #missguided #kimkardashian #celebstyle

Load more comments

**celebprettynikki** I can't find this on the site!!! ♡

**to_ma___** I need her heels 😩😩😩😩 ♡

**marquisa_fortune_jackson** She looks hot, "THERAPEUTIC ", Mess!!! 😩 ♡

**dosesofkara** 🍁 ♡

♡ ○ ⬆                    🔖

**9,508 likes**

SEPTEMBER 8, 2017

Add a comment...                    •••





# EXHIBIT 9



# **<u>EXHIBIT 10</u>**



# EXHIBIT 11



# EXHIBIT 12



# EXHIBIT 13



**missguided** • Follow

**missguided** 2019 = a new baby for the Wests ☐ Kim and Kanye are reportedly expecting baby number 4 via a surrogate 👶💕 (☐ @kimkardashian)

Load more comments

**andreajjf** @laylabarnes Alright Miss Intelligence 😂😂😂

**laylabarnes** @andreajjf more intelligent than you, which would be a little like comparing myself to a potato. Or the common cold. We can only hope you're soon sterilized

**courtneysarah94** @andreajjf why should they? Why should people feel they deserve to keep multiplying to the detriment of the planet and environment around them? The world physically cannot cope with the growing population, it's past what

42,779 likes

JANUARY 2

Add a comment...

# EXHIBIT 14



missguided ✔ • Follow

**missguided** @kimkardashian and Kanye have just revealed the name of their baby girl...CHICAGO WEST 🖤🖤🖤 What do we think?

Load more comments

valerielovesme_ @tulipzdiary lmfao

valerielovesme_ @latnasaur cute nvr thought of tgst one! Luv it

latnasaur @x_qob

dosesofkara 🍁

41,267 likes

JANUARY 19, 2018

Add a comment...

# EXHIBIT 15





missguided ✔ · Follow

missguided Wouldn't be Christmas without a Kardashian card 🌲🖤🌲🖤 @kimkardashian

Load more comments

finessefacesmua 🔥

ohsojahjah @jssejj lol agreed

ohsojahjah @jssejj except the babies... they're innocent

aryashares ✦

  

13,246 likes

DECEMBER 24, 2018

Add a comment...

# <u>**EXHIBIT 16**</u>

# THE FASHION LAW

AN INDEPENDENT SOURCE FOR LAW, BUSINESS AND CULTURE

ABOUT     DAILY LINKS     PARTNERSHIPS     PRESS     SEARCH

## Kim K and the Copycats: Fast Fashion at its Quickest or a Marketing Ploy in Disguise?

*February 11, 2019  /  TFL*



image via Missguided

"The devil works hard but Missguided works harder." That was the message that the Manchester-headquartered retailer sent in an Instagram caption late last week alongside a metallic cut-out frock, a dead-ringer for a custom Yeezy one that Kim Kardashian posted an image of just a few hours prior. Curiously enough, Kardashian's own Instagram post included a plea: "Fast fashion brands, can you please wait until I wear this in real life before you knock it off?"

An example of truly fast fashion or a coordinated marketing ploy between the mega-influencer and the millennial-centric fashion company? It seemed as though neither option was out of the question. The 10-year old Missguided brand – which was founded by Nitin Passi in 2009, who has since turned the independently-owned company into an $200 million-plus brand – has looked to the reality television star and her rapper-slash-designer husband for "inspiration" in the past. Missguided's recreations of many of the looks in West's Yeezy Season 6 collection, for example, made their way to its e-commerce site swiftly after West's paparazzi-themed campaign hit social media in January 2018.

Such attempts to offer up Kim K's wardrobe-for-less make for a lucrative business. The Kardashian/Jenners have spawned an entire group of women across the globe that aspire to look and dress just like them, and with that has come a pool of retailers aiming to cater to those particular consumers.

As the Guardian's Sirin Kale noted last month, "Clothing this growing army of Kardashian clones is a fast-growing industry of ultra-low-cost online retailers." In particular, "PrettyLittleThing, Missguided, Boohoo, Nastygal and the U.S. phenomenon Fashion Nova" are offering up "yards of figure-hugging lycra and cheap lace in neon, pastel, or earthy tones" i.e., "outfits that – if you squint hard enough – could be from a Kardashian-Jenner's Instagram post."

At the same time, the Kardashian/Jenners are not without a track record of aligning with mass-

market fashion brands. In a November 2018 piece for Cosmo, Elizabeth Holmes looked into Fashion Nova's practice of turning around Kardashian/Jenner-worn looks – at least in terms of preview-able imagery for its site – within a matter of hours.



image: Business Insider

For instance, "Less than a day after Kylie Jenner posted pictures [of her 21st birthday celebration] to her Instagram account fast-fashion retailer Fashion Nova shared a $34.99 dupe on its feed, pairing it with the reality star's birthday pic," Holmes pointed out. "The model even mimicked Jenner's downward gaze and right-foot-forward pose. 'Coming Soon!' the caption read."

Photos of sister Kim have similarly been used by Fashion Nova to market and sell knockoffs of her outfits, including the hot pink Yeezy mini dress that she wore for Jenner's birthday outing, while a number of the famous family members, including Kylie and Kourtney, have included sponsored posts on their Instagram accounts promoting the company in exchange for compensation.

While it initially appeared that Fashion Nova's handiwork was a merely demonstration of the lightning speed of modern-day fast fashion copying, the fact that Kim and Kylie's images were being used to promote the copycat wares seems to suggest that there might be a little more going on. As Holmes put it, "Would Kris Jenner watch quietly if someone was using her daughters' images to sell something, and they weren't getting a cut?" That answer is almost certainly no — not only because Jenner is a world-class manager but because such unauthorized commercial uses of a star's image likely runs afoul of right of publicity law and constitutes passing off in the UK, as we saw in the Rihanna v. Topshop case.

Fast forward to this week and the Missguided Instagram post. According to Diet Prada, this was an example of "a thinly veiled collab" between Missguided and Kim K.

However, that might not be the case. Until recently, Missguided boasted an entire section on its website of Kim K paparazzi imagery paired with copycat wares, along with a blurb that reads, "She's capable of breaking the internet, her style is ever-evolving and we can't get enough of her latest blonde reinvention, but it's Kim's wardrobe we're really crushin' on right now. She's been rocking camo, all-white and lots of figure-huggin' fabrics lately so here's how to get the Kar-sass-ian look."

Interestingly, that section has disappeared right along with the initial Instagram post, itself, suggesting that this might not be a coordinated effort between the two, and instead, an instance that, paired with the now-defunct gallery of imagery on Missguided's site, crosses the line from largely lawful garment knockoffs to a case of right of publicity violations.

Either way, the lack of clarity, which goes far beyond the Kardashian/Jenner's social media activity, certainly makes a case for the need for stronger efforts by both advertising authorities in the U.S. and the U.K. The latter recently made headlines for sending letters to an array of influencers and celebrities. In the U.S., however, the Federal Trade Commission has yet to take any action against the Kardashian/Jenners even though the agency was faced with a formal complaint about the famous family in September 2017.

UPDATED (Feb. 19, 2019): Kardashian has since publicly stated by way of her Instagram account

that she "doesn't have relationships with influencers," and is "not leaking outfit imagery to anyone" as part of behind-the-scenes deals with them.

As for Fashion Nova, a rep for the brand told TFL, "We have not worked with Kim Kardashian-West directly on any of her projects but have been driven by her influential style." She elaborated, speaking to allegations from Diet Prada that the brand shot a recent Mugler look before Kardashian even revealed the look, saying, "The 2-14 date is simply the season dated the last time we logged into our photography software. If you look very closely (which we know you did) – the photos themselves of the dress are dated 2-18. We were not tipped off and have no deal with Kim Kardashian – and we have since issued a public apology for any critical feedback she may have received."

---

Share

---

← Is the Enormous Gender-Based Venture Capital Gap Starting to Shift f...     The Most Exciting Segment in Fashion Right Now is the Resale Market →

---

© 2012-2019 • TFL LLC. All rights reserved.

Terms / Privacy

# EXHIBIT 17



Photo: Missguided

**REPORTS**

# Missguided Is Sexy AF and Coming for Your Closet

*The UK e-commerce brand is expanding with brick and mortar stores, maternity and beauty lines, and HBIC spokeswoman Amber Rose.*

**By Alden Wicker** | Oct 27, 2016, 10:02am EDT

The British are coming, and they're bringing "rapid fashion" with them.

---

*Racked is no longer publishing. Thank you to everyone who read our work over the years. The archives will remain available here; for new stories, head over to Vox.com, where our staff is covering consumer culture for The Goods by Vox. You can also see what we're up to by signing up here.*

You might have seen some signs of the invasion: huge posters and ads in pink — almost always pink — featuring the come hither, sexy looks of Amber Rose and Pamela Anderson dressed in bodycon dresses and jumpsuits.

These unabashedly sexy ads are from the young British retailer Missguided, which seems to have found the secret sauce to winning the hearts and minds of the UK's millennial women.





Amber Rose for Missguided. Photo: Missguided

Let's call the vibe "Sexy HBIC." Missguided's Instagram feed is full of pink, neon pink, and shiny pink. Lips are bee-stung, luscious with lipstick or glitter and biting into a juicy cherry. Cheeks are aggressively contoured; butts and boobs are a cause for celebration. It's anti-Kate Middleton and pro-Rihanna. The Missguided girl never works, just moves from Miami to Ibiza to LA to Las Vegas, floating in pools and partying with her girls. Although this retailer was founded by a man, males do not exist in the Missguided fantasy world, and neither does slut shaming. It's the millennial's brand of feminism evangelized by the Kardashians: Empowerment means celebrating your sexy to the max, and let no one tell you otherwise.

And Missguided's four million customers love it. 51 percent of them browse the site five or more times a week — largely from their mobile devices — looking at bodycon dresses, high heels, faux vintage T-shirts, plunging one-piece bathing suits, stretchy pencils skirts, and accessories. Items range from $5.95 for socks to up to $225 for a sequined wedding dress, with most priced around $30 to $100. In March, the 50% off sale was so popular it caused the website to crash.

Does it seem like this brand came out of nowhere? Well, it kind of did.

Missguided, as the story goes, was founded in 2009 by a young Brit named Nitin Passi with a £50,000 loan from his father. Passi was three years out of college, but not completely without experience — he worked for his father's clothing importing company in the New York and then London offices for three years. But he is quick to point out that his father's business is completely different than Missguided: "It was going off a customer that was 35-40 plus, and it was 150,000 units minimum of basic lines," he told Fashionista in 2014. This new business was different from the beginning.

# Does it seem like this brand came out of nowhere? Well, it kind of did.

When the 2008 recession was clobbering the industry, Passi noticed that the only place of growth was in online retail. He launched a website in March of 2009 with no employees for the first six months. He would buy a few pieces of stock for pictures, throw them up online, and when an order came in, pull a box off the shelf to send it off. He was aiming for millennials, that elusive and fickle group of fashion lovers who are impatient to have the latest trend as soon as they see it on Instagram.

Fast forward eight years later, and Missguided is sold in 150 countries — including the US as of 2013 — with 20 million visitors a month to its site, and 600 new products launching each week. It booked £120 million in revenue in 2015, and £4.7 million in pre-tax profits during the year ending March 2015.

Just 18 months ago, they launched wholesale in ASOS, the UK retailer Selfridges, and in Nordstrom, and are on track to do $50 million in wholesale revenue alone this year. They've also launched: activewear; lingerie; nightwear; wedding; plus, petite, and tall sizes; maternity; a beauty line (with contouring kits, duh), and what Passi describes as a "high-end" line called Peace & Love, whose most expensive item is a slinky $119 dress. A brick and mortar store in the UK is slated to open right before holiday shopping season, and he's hoping to open up to ten new stores by the end of next year.

Passi has hired 180 people in the past year to service this growth and now has 330 people working in its swanky new offices in Manchester. "We're going to see huge, huge growth this year," he told me in a phone interview. (You'll get a sense of how busy Passi is when speaking to him — he talks close to the pace of a competitive debater, and squeezes in just as much information.) "We grew about 35 percent last year, and this year we're likely to grow 70 percent."

# Missguided is sold in 150 countries — including the US as of 2013 — with 20 million visitors a month to its site, and 600 new products launching each week.

Even more impressively, Passi says he paid back that initial loan in 2010, and has since grown the business without the help of any investors or debt. (Because Missguided is a privately held company, we'll have to trust them on the numbers.) "I'm not saying we'll never take investment in the future," Passi says. "But in the next 12 months I don't see us taking on any debt. It's a nice position to be in."

Yep. Passi, whose own Instagram feed has Missguided marketing images interspersed with rich boy shots of expensive cars and his entourage, made the 2015 *Sunday Times* Rich List of the 1,000 richest people in the UK. Passi is still hungry, though. He wants to hit £1 billion in revenue in the next five years.

So, what is propelling Missguided growth?

You might point to Missguided's laser-like focus. The Missguided customer is largely between 16 and 35, but the company thinks solely about what a certain type of twentysomething millennial wants. "I think twentysomethings are a very aspirational age," Passi says. "If you're below 20, you aspire to be around that age. When you get in your 30s, you probably still want to be in your 20s."

Passi, in his early 30s, gets into his customer's head by hiring her. "Most of the people we employ in our business are twentysomething girls," he told me. 80 percent of his staff is female, with an average age of around 27. (That age has been pushed up by a recent spate of executive-level hires: CFO, CTO, buying director, commercial director, retailer director, digital director, HR director, and trading director. The executive team is split almost 50/50 male to female.)



A Missguided promo shot. Photo: Missguided

The office is the Missguided social presence come to life. There is a champagne-themed room, a "Boom Boom" board room with glitter wallpaper, swings for seats in one conference room, another with astroturf and palm trees, nap cabins, neon lights, faux taxidermy unicorn heads on the walls, a picture of 100 bills with Nitin's face blowing smoke, pithy slogans lifted straight from Tumblr like "Don't worry be yoncé" and"Started from the bottom now we're here" going up the steps, and a selfie light tunnel.

"It's a corridor in our office," Passi explains to me with the air of an older brother cluing the old folks into his sister's mysterious teen ways. "It's a mirrored tunnel; it's supposed to be perfect for taking a selfie. I've actually taken one selfie in there and yeah, it looked pretty good."

Over three-quarters of Missguided's customers own a smartphone they reach for when they wake up, so it goes without saying Missguided is heavy on social. It has an app that, by August — four months after it launched — has been reportedly downloaded a half million times. Customers use the "Swipe to Hype" feature, like Tinder for fashion, which saves items to a favorites list so they can be remarketed to customers later. They also have a customer service chat feature and a Whatsapp channel so customers can message cute finds to their friends. The Whatsapp channel is apparently now the number one way to share Missguided's product pages, according to the company.

All this is super cute and cool, but Missguided's real superpower isn't in the pretty pink branding — it's in an ADD-like eye for fashion.

"Our whole business is built around speed and newness, and that's something on which our customer depends," Passi says. Everything is hyper on-trend, drawing from fashion shows, social media, street style, celebrities, and popular youth culture.

# "Our whole business is built around speed and newness, and that's something on which our customer depends."

Missguided promises next-day delivery in the UK, and 85% of its customers in the UK take advantage (though it doesn't always fulfill on that promise; more on that later). It can get products to the US in 48 hours (or faster, if you're willing to pay). Products often sell out within ten days of launch, but that's okay because Missguided restocks at a speed that makes Zara look lumbering. 40 percent of Missguided's items are produced in the UK and can be restocked in a week. The rest are flown in from China, Romania, Turkey, and South Asian countries like Bangladesh and India, when other fast fashion companies typically use sea freight.

"Flexibility in apparel means reacting to the marketplace and reacting to sizes that sell quickly," says professor Dev Mukherjee, the former CEO of Evite and a retail analytics expert. "You can't predict ahead of time which specific design is going to be popular in size 0 versus size 14. They're able to respond quickly to the market, which I'm sure is a big advantage. The fact that they are getting in trouble for making money out of the Brad Pitt/Angelina Jolie breakup is interesting, because they are able to react that quickly.

"It doesn't surprise me, no," he continues when I ask about Missguided's self-funded double-digit growth. "Because the profit margins in fast fashion are pretty high. The big expenses come from wastage, like if he has a lot of the wrong sizes that he needs to clear out, or he invests a lot in producing a particular line that doesn't sell well, that can add a lot to expense. But he's keeping his supply chain so short, and giving himself so much flexibility, I doubt he's got the same problems as a traditional Zara or H&M or Macy's would have in terms of unsuccessful product." (Wait, did he just call Zara traditional?)

# "We're doing what our customer wants," he says. "If our customer is demanding newness, we would be stupid not to do it."

Passi isn't bothered at all about the movement against fast fashion, which has been accused of being the root cause of unsafe and unhealthy working conditions and toxic pollution. "We're doing what our customer wants," he says. "If our customer is demanding newness, we would

be stupid not to do it. If we don't drop newness daily, we'll see our conversions and our sales suffer. That's the reality. It's the changing way millennials are shopping. Retailers who bring in goods twice a year are not going to survive in the future, and they're actually not surviving now.

"We have a whole ethical and CSR [Corporate Social Responsibility] team of five people visiting factories all over the world," he continues. "We try to be sustainable and ethical about how we go about our sourcing." He reels off the basics: "Ensuring the factory environment is what it needs to be. Ensuring workers are paid fairly. Ensuring the fabrics we're sourcing are manufactured as well as possible. We don't do organic and green lines at the moment, but it's something we're looking into. But our key focus is ensuring that the people manufacturing our stuff are in good conditions and they are treated in the right way."

Missguided is a familiar name in the UK, but you'll be seeing a lot more of it in the states — especially if you're a New York or California girl. While the US only currently makes up 10 percent of the site's revenue, it's Missguided's second-biggest and fastest-growing market. It's carried in 80 Nordstrom stores, and the brand is starting to scout East Coast locations for a brick and mortar store, possibly to open by the end of 2017 or early 2018. And they're thinking about doing more production in the states — they do a tiny bit in Los Angeles right now.



Pamela Anderson for Missguided. Photo: Missguided

"In terms of our actual customer and what we sell, there's very little difference," between the US and the UK, Passi says. "Our bestsellers in the UK are our bestsellers in the US, and globally. Those customers are influenced by the same touch points: the same celebrities, the same movies, the same music, and the same catwalk." The only difference is in the influencers they choose to work with, like Carli Bybel, a New Jersey-based blogger with 3.8 million Instagram followers who posts bodacious selfies and makeup tutorials. Pamela Anderson and Amber Rose were global faces for the brand.

Now Missguided is just facing one huge challenge: its delivery and customer service. Twitter, Instagram, and Facebook are all awash in angry customers who got their order late or never at all, who weren't able to track orders, who got the completely wrong order and were told that they would have to pay to send it back, who can't order because of website glitches, or whose refunds have taken up to six weeks to process.

"DO NOT BUY FROM THIS COMPANY," one Facebook comment starts. "I ordered from them and selected their standard shipment method 2-3 business days. Their 'tracking' information FINALLY updated ONCE it was delivered, 20 DAYS LATER. The best part? It said it was delivered yet, I never received it. Let's see how their customer service handles my refund request."

 **Danielle Carter**
@daniellecarter_

The best thing about @Missguided next day delivery is that it never actually comes the next day 🙁

2   2:19 PM - Oct 5, 2016

See Danielle Carter's other Tweets

**Emily Brown**



Saw a sweater, loved the sweater, bought the sweater, paid next day delivery for the sweater...received a bikini instead 🙃 @Missguided

9   8:01 AM - Oct 10, 2016

See Emily Brown's other Tweets



Passi blames the legions of angry customers on a 50% off flash sale they did to stress test the site before Cyber Weekend, which created a backlog of orders. He also blames it on the vocal and connected millennial. "If we do something bad, they'll tell us. If they love us, they'll tell us as well."

Case 2:19-cv-01258-VAP-JEM   Document 19-1   Filed 05/03/19   Page 70 of 89   Page ID #:164

That could be true, except the vitriol on Missguided's social posts outdoes ASOS, Urban Outfitters, Nasty Gal, and even their closest competitor, Boohoo. And the frustrated comments go back long before the 50% off sale on August 27th.

The NYC blogger Danielle Gray of The Style and Beauty Doctor starts a March 2015 post called "when you love a brand but hate their customer service..." with:

"SIGH. You know as someone who browses internet sites often and kinda almost has an order coming my way a little more often than I'd like to admit, I get really annoyed when things are consistently inconsistent. It PAINS me especially when it's a brand I like but their customer service SUCKS. Funny thing is I had the title and first sentence of this post in my draft since January 27th but didn't finish the post because I thought maybe I was being too harsh or perhaps the company would right its wrongs. But nope. Here we are in March with the same inconsistencies."

She goes on to describe a broken site, late shipping, and pricing that jumped $36 from the list price when she put it in her cart. "I feel like if I took a trip to their corporate office, I'd bust open the door and there'd be puppies at the cubicles and what not running the show." (Or perhaps twentysomethings in swings drinking champagne and taking selfies?)

It might not matter. "Social media is incredibly important, but the thing that drives fast fashion, whether it's Zara or these guys, is whether they're on trend," Mukherjee says.

I decided to order something, and picked out some fuzzy slipper socks with cat faces on the toes. I paid $8.99 for express delivery. Two days later, while I was on the phone with Passi, my buzzer rang. I ignored it. Later that day, it rang again, and I received my socks from a DHL delivery guy. "It's a good thing you answered this time," he said as he handed me the pink package. "It would have gone back."

# My socks had flown across the world to me in two days. This fact was astonishing to me. I considered

# them for a beat longer, then tossed them in a drawer.

Missguided has one distribution center that serves the whole world, though they are considering opening another in the US. My socks had flown across the world to me in two days. This fact was astonishing to me. I considered them for a beat longer, then tossed them in a drawer.

After all the ranting, the blogger Danielle Gray ended her post with "I'm pretty much the definition of a fool because I keep going back because the stuff is so cute and fits me well. Then when I say I'm quitting them, I see a fashion blogger in my feed wearing something and then I'm back browsing."

In that way, Missguided is like a fashion slot machine: shiny, blinged out, addictive, (unreliably) dispensing entertainment, and rewards for bad girls looking to have a little fun.

## Farewell From Racked

**BEST OF RACKED**

## Best of Racked Essays

**BEST OF RACKED**

## Best of Racked Funny Stuff

# **EXHIBIT 18**

← → C ⌂ 🔒 https://www.westfield.com/products/us-nordstrom/women-s-missguided-lace-body-con-dress-size-2-us-6-uk-grey/ed5b8864-8f18-4fd4-82b6-a6892c0949f6-d   ☆   Incognito

*Westfield*

Style Blog • Subscribe • Gift Cards

Search Products 🔍

CENTERS    STORES    PRODUCTS ▾    PRIVACY

ACCOUNT
Sign In / Sign Up

Products > Women's > Dresses



<u>Nordstrom</u>

## Women's Missguided Lace Body-Con Dress, Size 2 US / 6 UK - Grey

~~$118.00~~  $70.80

*Please check the latest pricing and stock availability directly with the retailer before traveling to the center.*

**Buy from Nordstrom**

All eyes will be on you when you strut in wearing this figure-skimming number finished with a daring, plunging neckline. Style Name: Missguided Lace Body-Con Dress. Style Number: 5417202. Available in...

more

Share 🐦 👍 📌 ✉️

Select Center ▾

Please select a Center to check this product's availability at your Center.

## More Products from Nordstrom







https://www.westfield.com/products/us-nordstrom/women-s-quay-australia-x-missguided-cool-innit-56mm-aviator-sunglasses-black-pink/baa9f27d-e6e-42ce-a572-13eb913a3d10?center=centurycity



STORES ▾   PRODUCTS ▾   CENTER INFO ▾   DEALS & OFFERS   SERVICES ▾   EVENTS ▾   ENTERTAINMENT ▾   PARKING ▾

ACCOUNT
Sign In / Sign Up

Products > Women's > Accessories > Sunglasses





Nordstrom

## Women's Quay Australia X Missguided Cool Innit 56mm Aviator Sunglasses - Black/ Pink

$60.00

*Please check the latest pricing and stock availability directly with the retailer before traveling to the center.*

424.204.1177

**Buy from Nordstrom**

Quay Australia and UK-based fashion brand Missguided are teaming up on a collection of edgy sunnies made for the street-style scene. Keep it sleek in modern aviators that create the illusion of rimles...

more

Share 



📍 Level 1

## More Products from Nordstrom







# EXHIBIT 19

MISSGUIDED

search

US

**free standard shipping**
on orders over $60

**shop new in**
from $4

**shop tops**
from $5

home / galore x missguided party – missguided



## the coachella party lowdown



We hooked up with Galore to host a really f*cking fabulous party at this years Coachella festival. Tons of performances from Justine Skye, Kali Uchis, Teiana and Sophie Beem all went off at the sickest house party of the weekend as guests sipped on Absolut cocktails under the baking Palm Springs sun. DJ sets from our very own #babesofmissguided Alle Layus, Kittens and Soko kicked off the party and we even spotted Kristen Stewart, Sami Miro and Angel Haze getting down.

festival shop

# EXHIBIT 20

BUSINESS INSIDER

TECH   FINANCE   POLITICS   STRATEGY   ...   BI PRIME   INTELLIGENCE

# Sales at online millennial fashion retailer Missguided jumped 75% last year

Oscar Williams-Grut Dec. 20, 2017, 3:29 AM



Jourdan Dunn launches the 'Lon Dunn+ Missguided' collection at Missguided's Westfield Store on March 11, 2017 at Westfield Stratford in London, United Kingdom. Tim P. Whitby/Getty Images

- Missguided's sales jumped 75% to £205.8 million in the year to March 26, 2017.

- Online fast fashion retailer slips to a loss of £1.6 million after opening its first shops.

LONDON — Missguided, the Manchester-based online fashion retailer, saw sales jump 75% to over £200 million last year.

Accounts filed with Companies House show revenue hit £205.8 million in the year ending March 26, 2017. Online sales in the UK grew by 40%, while digital sales growth was over 100% in the US, France, and Germany and 42.5% of Missguided's turnover came from international sales.

Despite the sales jump, Missguided slipped from a profit of £381,000 in 2016 to a pre-tax loss of £1.6 million this year.



Missguided blamed the loss on its push into physical retail. The company opened stores in Westfield shopping centre in London and Bluewater shopping centre in Kent during the year. Set up costs meant its retail operation lost £2.4 million.

Missguided manufactures and sells fast fashion items targeted at 20-something women. The company has made a name for itself thanks to its rapid development cycle, meaning it can keep up with the fast-changing fashions of the Instagram generation.

The company was founded by 34-year-old Nitin Passi, an entrepreneur who started the business eight years ago with a loan from his family.

Missguided is one of a number of online fashion retailers that have grown to prominence in the UK in recent years. Others include Boohoo and Scotland's Quiz. Both of these rivals are listed on the stock market and Missguided has been tipped for a float itself. The Mail on Sunday reported last month that it has been valued at £700 million.

VIDEOS YOU MAY LIKE   by Taboola


A cardiologist revealed the truth behind red wine's health benefits


Why the 'Game of Thrones' dragons wouldn't fly in real life


Here's what Costco looked like when it opened in 1983 and the annual membership w...


J.K. Rowling, who denies being a billionaire, made $54 million last year. Here's ho...



FROM THE WEB   by Taboola


Switch and save an average of $699. Savings make me smile.
Progressive


20 Places Where $200K Is More Than Enough To Retire
MoneyWise.com

SPONSORED FINANCIAL CONTENT


Are there misconceptions about the disruption of tech insurance?


Get the Google Pixel 3 XL.

Missguided spent heavily on TV and poster advertising last year and the company said its active customer numbers rose from 1.9 million to 2.8 million as a result.

Employee numbers rose from around 290 to close to 430 during the year. The business is owned by a company registered in the secretive British Virgin Islands, meaning the exact ownership is unclear.

**NOW WATCH: JAMIE DIMON: There's no such thing as a dead-end job**



More   Missguided   Retail   Fast Fashion   eCommerce ⌄

  

Free 'House Flipping' Event In Santa Monica
Sponsored by Fortune Builders

Top 6 Cards If You Have Excellent Credit
Sponsored by NerdWallet

If Your Indoor Cat Vomits (Do This Every Day)
Sponsored by Ultimate Pet Nutrition

 

3 Dangerous Foods People Feed Their Dogs (Without Realizing It)
Sponsored by Dr. Marty ProPower Plus Supplement

Forget Your 401k If You Own a Home (Do This)
Sponsored by Morning Finance | LendingTree Quotes


You've been charging your smartphone all wrong

  

6 types of used cars you should avoid at all costs if you want a good deal

Prince William said fans will know about the birth of Harry and Meghan's baby before he does: 'I haven't go...

Cruise ship workers describe the tiny cabins they live in, where space can be so tight you don't have...

 

Pot Stock Calendar Show The Most Important Dates To Go After Profits

Five Words can help add $1000 more to your Social Security Checks

It's Here: America's Next Big Bankruptcy


Lighten Up
Shop now

POPULAR


9 mind-blowing facts that show just how wealthy Jeff Bezos, the world's richest man, really is


Make your money matter.

Doctor: If You Have Digestive Issues (Do This Every Day)
Sponsored by TMD

The Genius Trick Every Costco Shopper Should Know
Sponsored by Wikibuy



How 2 Germans are disrupting the hearing aid industry
Sponsored by hearing-aid-advice.com







This map shows the highest-paying job in every state, excluding doctors

We drove a $39,000 Toyota RAV4 and a $32,000 Subaru Forester to see which one is the better...

An F-35 stealth fighter is still missing somewhere in the Pacific — here's everything the US...





14 things you should always buy at Home Depot — and 13 things to avoid at all costs

Here's exactly how much more money you get each year you delay taking Social Security



Ancient Mysteries That Still Baffle Scientists Today
Sponsored by EROS.PE







3 Ways Your Cat Asks For Help
Sponsored by Dr. Marty

Most Men Can't Guess These 48 Car Parts! Can You?
Sponsored by Autoverord

15 Real Faces Of Famous Historical Figures Recreate...
Sponsored by History101





A teenager from Texas nicknamed 'The Boogie Man' just ran 100 meters in 9.98 seconds, a time that would be good enough for an Olympic final

I drove a $45,000 Ford Ranger pickup truck to see if it's ready to take on the Chevy Colorado and Toyota Tacoma — here's the verdict



Here comes AMD ...


**Forget Expensive Solar Panels (Do This Instead)**
Sponsored by Modernize


**Two Accounts Your Bank Doesn't Want You to Know...**
Sponsored by MyFinance


**World's First Surviving Octuplets Are All Grown Up...**
Sponsored by Direct Expose


**'He needs to resign tomorrow': Democrats tell Attorney General William Barr to resign after damning report**


**The death of the American middle class and rising costs have forced fast-food chains like McDonald's and Taco Bell to try new strategies in their quest to win over budget...**


**Deputy Attorney General Rod Rosenstein is resigning**


**The App That's Teaching Millennials Spanish in Just 3...**
Sponsored by Babbel


**These Creepy Small Towns Actually Exist in America an...**
Sponsored by Ranked


**9 Reasons This Electric Toothbrush is Worth All The...**
Sponsored by quip


**You're Probably Overpaying at Amazon – This Genius Trick Will Fix That**
Sponsored by Honey


**Medical Coding Jobs Are In High Demand: See What You Could Earn. Search Medical Codin...**
Sponsored by Medical Coding | Search Ads



# **EXHIBIT 21**





Thursday, May 2nd 2019 10AM 69°F · 1PM 76°F · 5-Day Forecast

This is MONEY Markets

Money Home | Markets | Saving & banking | Investing | Bills | Cars | Holidays | Cards & loans | Pensions | Mortgages & home | Experts | Buy-to-let          Login



MEET THE ALL NEW SIMPLISAFE.

Home Security. Done Right.

SimpliSafe

Shop Now



# Fashion website Missguided valued at £700m amid stock market float speculation

By NEIL CRAVEN FOR THE MAIL ON SUNDAY
PUBLISHED: 18:16 EDT, 4 November 2017 | UPDATED: 18:16 EDT, 4 November 2017

     💬1  View comments

| FTSE 100 | POUND |
|---|---|
| 7,351.31 -33.98 ▼ | USD $1.3025 ▼ EUR €1.1653 ▼ |

I want to find...

Search

○ All articles   ○ Share prices



Fashion website Missguided, which launched just eight years ago, has been valued at £700million amid speculation the owner may be planning a stock market float.

Manchester-based entrepreneur Nitin Passi owns the website which has been collaborating with celebrities including singer Nicole Scherzinger.

The company reacts to new styles more rapidly than rivals by flying in products from abroad or using UK factories.



MAY IS MAYTAG

FOR A LIMITED TIME, SAVE ON SELECT MAYTAG® APPLIANCES.

MAY 2 - JUNE 5    SHOP NOW

Available at LOWE'S



**Trendy: Sales hit £200million**

Stockbroker Shore Capital said sales may have hit £200million in the year to March, but figures have not yet been disclosed.

That would represent a 75 per cent increase compared with the previous year. Profit is expected to be around £12million.

Shore Capital describes Missguided as 'an increasingly significant name'.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

London Stock Exchange sees double dose of IPO scrapping as...

Short-sellers bet £1bn on high street decline as they target...

Revamp at luxury fashion brand Hugo Boss sees sales rise by...

Energy firm ContourGlobal powers up for £2bn

Passi, 34, started the business with a £50,000 loan from his family. In an interview with The Mail on Sunday two years ago, he said he wanted to exceed £1billion in sales.

**THIS IS MONEY PODCAST**
▶ The This is Money podcast goes green! Is it possible to help the planet and save cash?


UK'S CHEAPEST LIFE INSURANCE

BE A SUCCESSFUL INVESTOR
This is Money's brilliant guide now available on the Kindle

**MARKET DATA**

| | |
|---|---|
| ▶ FTSE 100 | ▶ Diary |
| ▶ RNS | ▶ Sectors |
| ▶ A to Z | ▶ Gilts |
| ▶ Top movers | ▶ Indices |
| ▶ Funds | ▶ Director deals |
| ▶ Shares | ▶ Gold / oil |
| ▶ Brokers | ▶ Charting |
| ▶ Heatmaps | ▶ Share alerts |
| ▶ Savings rates | ▶ News alerts |
| ▶ All market data | |

**ADVERTISING FEATURE**


Scottish Mortgage – Investing in progress

0:00 / 0:30

**TOP DIY INVESTING PLATFORMS**

| Guidance and tools | Investing ideas |
|---|---|
| Fidelity INTERNATIONAL Model portfolios, free fund dealing | HARGREAVES LANSDOWN Easy and most popular DIY investing platform |
| Flat fee interactive investor Money back in free trades | Builds investments nutmeg 6 months no portfolio management fee |
| Low cost portfolios AJBell Youinvest | Flat fees theshare centre simply easier |



ADVERTISEMENT

Share or comment on this article: £700m float's in fashion for Missguided

 Share    

| FTSE 100 | POUND | Search |
|---|---|---|
| 7,351.31 | USD $1.3025 ▼ | |
| -33.95 ▼ | EUR €1.1653 ▼ | ● All articles  ○ Share prices |

## YOU MIGHT LIKE

Sponsored Links by Taboola


**The Facial That Celebrities Say Takes 10 Years Off Your Face**
Marie Claire | Hanacure


**Ancient Mysteries That Still Baffle Scientists Today**
BlitzLift


**Mystery Of Oak Island Finally Solved**
Upbeat News


**6 Key Characteristics of Leading CFOs**


**Doctor's New Discovery Makes Foot Calluses "Vanish"**


**G4 By Golpa - Permanent Teeth in 24 Hours**

## MOST WATCHED MONEY VIDEOS

Embed this



Volvo's new system that will monitor if

Technology improves road safety with

Bugatti unveil the world's most expensive

The stunning new Aston Martin Vantage

Take a look at the new £32,000 Range Rover

UK Buffettology manager: Picking

The new Peugeot 208 will be available from

The R8 is Audi's fastest and most powerful car


MEET THE ALL NEW SIMPLISAFE.    SimpliSafe    Shop Now
Home Security. Done Right.

## MOST READ MONEY


London Stock Exchange earns


FTSE CLOSE: Interest rate held at


The bookie wins... AGAIN! Bosses of


Ocado on list of shame over fat cat

💬 **Comments 1**
Share what you think

| Newest | Oldest | Best rated | Worst rated |
|---|---|---|---|

The comments below have not been moderated.


| Max £30 shares and investment trust ISA fee | Fixed account fees, no investment limits |
|---|---|
| Low cost investing | Low cost funds |
| Vanguard▲ | CHARLES STANLEY▲ Direct |
| 0.15% per year fee, no dealing charge | 0.25% annual fee, no dealing charge |
| Free fund dealing | Pensions & Isas |
| Bestinvest TILNEY | moneyfarm |
| £7.50 share and investment trust dealing | Online investment advice on Isas and Sipps |


Earn what you deserve.
Online Savings Account
2.25% APY
Learn More
Marcus BY GOLDMAN SACHS®
Goldman Sachs Bank USA  Member FDIC

## THE INVESTING SHOW



Buffettology manager's tips on picking shares to beat the market
How to invest in the UK's best companies and beat Brexit: Free Spirit fund manager
Are house prices due a fall or could there be a Brexit deal bounce?
How to profit from smaller company shares but take less risk - Gresham House fund manager's tips
How to find the world's best dividend shares with Evenlode's Global Income managers
We bought a Japanese housebuilder for growth: Monks manager on hunting the world's best firms
Blue Whale Growth fund backed by Peter Hargreaves is up 17% in a year - manager Stephen Yiu explains how it beat the market
The US is expensive and the UK is unloved, so it's time to be picky: Where to invest in tricky times
Ruffer made 23% when shares crashed in 2008, so where is it investing now?
The shares hit the hardest in the stock market slump (and those that went up)
How to invest in improving our world: Impax Environmental Markets
Mark Mobius interview: 'Emerging and frontier markets are cheap'



| FTSE 100 | DOW | OIL | GOLD |
|---|---|---|---|
| | | **7,351.31** | |
| | | ▼ -0.46% | |
| 08:00    12:50 | | 💷 **$1.3024** ▼ | |
| | | 💶 **€1.1653** ▼ | Pound today ▶ |

## Risers and fallers UK 350



| Today | 1 week | 1 month |
|---|---|---|
| Risers ▲ | | Price ▲ |
| Intu Properties | 100.20p | 9.75 |

Loading...

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

**MORE TOP STORIES**

| | | |
|---|---|---|
| Indivior | 40.65p | 5.17 |
| Howden Joinery Group | 520.00p | 3.46 |
| Smith & Nephew | 1,519.00p | 2.98 |
| Smurfit Kappa Group | 2,322.00p | 2.74 |
| **Fallers ▼** | **Price** | **%** |
| Metro Bank | 650.00p | -16.02 |
| Aston Martin Lagonda | 899.60p | -7.16 |
| Lancashire Holdings | 651.00p | -6.33 |
| Premier Oil | 91.44p | -5.73 |
| Paddy Power Betfair | 6,400.00p | -5.41 |

**All risers and fallers ›**

**SPONSORED CONTENT** dianomi



with Cboe Russell 2000 (RUT) Index Options
Efficiency Is Power

Man Who Called DOW 20,000 Has Surprising New Prediction
Stansberry Research



CHOOSE A ROOM WITH A VIEW...
EXPECT BETTER. EXPECT HILTON.
BOOK NOW
Hilton
Must be a Hilton Honors member. Terms and conditions apply. Roll over Fat brands.



215 comments   1 video



### Why you still can't rely on car makers' claims about fuel economy: New WLTP test is still not on par with real-world figures - find out by...

According to real-world comparisons, the Worldwide Harmonised Light Vehicle Test Procedure introduced in 2018 is still 5% away from what...

52 comments



### Insurers react to watchdog crackdown on loyalty penalty with new 'price promises' designed to keep hold of existing customers

In efforts to overcome the loyalty penalty, several well known insurance companies are introducing new incentives for current consumers,...

8 comments

**DON'T MISS**

 
▶ My daughter's favourite pizza restaurant has shut: How do I find out if it's gone bust?


▶ Do I really have to make an 'offer in excess of' and what's a guide price?
What estate agents' property sales terms really mean.



### 'No blame' divorce proceedings could save couples up to £10,000 when 50-year old law is canned - here's how...

An outdated law prevents couples from splitting amicably and ramps up their legal costs say experts.

19 comments


▶ Tesla Model 3 to cost from £38,900 in the UK (once you deduct the Government's £3,500 electric car grant) CONFIRMED.



### SIMON LAMBERT: Would you pay a higher rate of tax for every flight you take? A Free Ride thinks it has a fairer system to combat climate...

A Free Ride's plan is simple: everybody gets one tax-free return flight a year and beyond that they pay tax on an escalating scale for every...

38 comments


▶ The luxury homes in Cyprus that can bring 'golden visa' EU citizenship - but you need to buy a £1.7million villa
Still want to be part of the EU?


▶ Tesco Mobile customers can now use Clubcard points towards phone bills which double their value



### Amazon and Amex slash credit card reward bonuses for joiners and users - meaning more spend is required for 'free' flights and gift cards

Amazon and American Express have slashed the sign-up bonuses and spending incentives on some of their cards.

2 comments


▶ House prices stagnate but new homeowners rise back to near their level before the financial crisis
First time buyer's market, Nationwide index suggests.

▶ Energy customers will now receive automatic compensation of up to £120 for switching



### FTSE CLOSE: Interest rate held at 0.75%; Barclays sees off Bramson's board push; Construction sector edges back into expansion territory

The FTSE 100 closed down 33.95 points at 7351.31 and the pound was at $1.30 against the dollar.

 5 comments



### Metro Bank shares tank 20% after revealing rattled savers pulled £566m out when major errors in its accounts came to light

Deposits dropped by 4 per cent in the three months to the end of March as it fights to restore its credibility after admitting in January...

💬 8 comments

## YOU MAY LIKE

Sponsored Links by Taboola



**Why California is Offering a Free Solar...**

Solar Energy



**Heartbreaking Photos of the Real Titanic**

easyvoyage



**Change Your Game With This Golf Driver,...**

GX-7 Golf



### Lloyds takes fresh £100m hit over the PPI scandal while warning the continuing Brexit uncertainty could 'further impact the economy'

The lender said the additional charge came as it continues to see around 13,000 complaints a week over PPI mis-selling.

💬 comments



### London claims top European city crown and overtakes Hong Kong to sit second in the world as investment giant ranks the world's 30 most...

The Schroders Global Cities 30 index is an annual rankings system compiled by the FTSE 100 firm which identifies the world's top cities in...

💬 78 comments



### Barclays sees off activist investor Edward Bramson's push to land a board seat as only 12.8% of shareholders vote in favour of the proposal

Speaking hours ahead of the result of a vote to elect him as a director, Mr Bramson said: 'We know we haven't got a majority of the vote and...

💬 3 comments



### Shell's profits slip as the oil giant unveils latest round of bumper share buyback scheme

The blue-chip firm posted statutory earnings of £4.1billion for the first quarter of this year, marking a 7 per cent drop from the same...

💬 comments

### Do I really have to make an 'offer in excess of' and what's a guide price? What estate agents' property sales terms really mean

Often it's not enough just to have a simple asking price, other terms include phrases such as 'offers in excess of', 'guide price' and...

💬 499 comments

### It's a first time buyer's market:

credit



▶ Snoop Dogg backed fintech firm Klarna now has 4.4m users in Britain

Young shoppers flock to the 'buy now, pay later' model.



▶ Aston Martin now sells its new Vantage sports car with a manual gearbox - but it costs £30,000 more than one with an automatic

'No, Mr Bond, I expect you to drive'



▶ Triodos keeps its green fingers in the UK pie as the ethical bank is awarded a British banking licence ahead of Brexit



▶ Drippy home insurer billed me twice to fix the same leaking pipe leaving me £500 out of pocket

ASK TONY



▶ You CAN beat the customer complaints robots: Sick of chatbots, being left on hold and email addresses you can't find?

Here's how to fight back



▶ Beware the rogues targeting equity release

Over-55s warned to beware the hard-sell as £1 BILLION is taken out of homes in just three months.



▶ Inflation swap hits NS&I and index-linked certificates

From today, they will track CPI meaning lower returns - should you head elsewhere?



▶ Help to Buy catch has left thousands of first-time buyers forced to borrow cash or delay their house purchase

## MIDAS SHARE TIPS

**MIDAS SHARE TIPS: This boss invested £45m of his own money in oil firm President Energy. Is it worth yours?**

MIDAS SHARE TIPS UPDATE: Growing City Pub Group's recipe for success

**MIDAS SHARE TIPS: Plug into fuel cells with fast-growing firm Ceres Power, which could profit from the electric car revolution**

MIDAS SHARE TIPS: Tablets and debit cards... how Morses is taking doorstep lending upmarket

**MIDAS SHARE TIPS UPDATE: Egg-free bakery chain Cake Box has a winning formula with turnover set to rise**

MIDAS SHARE TIPS: Run for the hills with a Labour Government on the horizon? It's tempting but you can still make tasty profits

**MIDAS SHARE TIPS: Fund manager Miton should be in pole position when Brexit clouds lift**

MIDAS SHARE TIPS UPDATE: How 3D software firm Elecosoft trebled your cash in FOUR years

**MIDAS SHARE TIPS: Psst! Cash in on Law Debenture, the firm that helps whistleblowers**

MIDAS SHARE TIPS: Want a winner? Try Zotefoams, the firm behind faster trainers

**MIDAS SHARE TIPS: Here's a hot tip... US Solar Fund seeks to profit from sun**

MIDAS SHARE TIPS: Solar plants shine for income seekers who invested in Bluefield Solar Income Fund

## FUND AND TRUST IDEAS





### House prices stagnate but new homeowners rise back to near their level before the financial crisis

New homeowners are capitalising in a buyer's market, with April marking the fifth consecutive month that annual property inflation was less...

💬 99 comments   ▶ 1 video



### Still want to be part of the EU? The luxury homes in Cyprus that can bring 'golden visa' EU citizenship - but you need to buy a £1.7million...

For super-rich golfers who want a holiday home, a new villa in Cyprus might fit the bill - and for some buyers these ones offer a big bonus...

💬 26 comments



### My daughter's favourite pizza restaurant has shut: How do I find out if it's gone bust?

My daughter's favourite pizza restaurant has closed down. I presume the business has gone into administration but it made me wonder, is...

💬 7 comments



### Triodos keeps its green fingers in the UK pie as the ethical bank is awarded a British banking licence ahead of Brexit

Green bank Triodos has Brexit-proofed its UK operations after it was awarded a UK banking licence effective from today, meaning savers will...

💬 4 comments



### Turn heating down to save the planet: MPs tell Brits to set their heating no higher than 19°C, ditch gas boilers, eat less red meat and take...

The stark warnings come in a report from the Committee on Climate Change which calls for the UK to cut the amount of greenhouse gasses it...

💬 3.3k comments   ▶ 1 video

**YOU MAY LIKE**                    Sponsored Links by Taboola



**Heartbreaking Photos of the Real Titanic**
easyvoyage



**This Subscription Is Changing The Way…**
Butcher Box



**3 Dangerous Foods People Feed Their…**
Dr. Marty



### CONFIRMED: Tesla Model 3 to cost from £38,900 in the UK (once you deduct the Government's £3,500 electric-car grant)

Three versions will be on sale - Standard Range Plus, Long Range AWD and Performance - with the priciest of the lot ringing in at £56,900,...

💬 122 comments   ▶ 3 videos



### 'No, Mr Bond, I expect you to drive': Aston Martin offers its new Vantage sports car with a manual gearbox - but it costs £30,000 more than...

Aston Martin bosses said the manual Vantage AMR is the perfect antidote to sports cars that increasingly resemble 'autonomous robo-taxis'...

💬 46 comments   ▶ 1 video



### Would you let Amazon leave a parcel in your car boot? Retailer will allow its packages to be

SANLAM MULTI-STRATEGY: Spectacular? No... but it will give you an income

SMITH & WILLIAMSON ARTIFICIAL INTELLIGENCE: Smart money is on AI as new fund grows 43% in two years

SECURITIES TRUST OF SCOTLAND: The £220m fund Scottish fund... scouring the world for stocks

ICG ENTERPRISE: Private equity management does not have a good reputation - but this trust isn't an asset stripper

MARTIN CURRIE GLOBAL PORTFOLIO: Fund manager Zehrid Osmani stamps his mark on investment trust

GRESHAM HOUSE UK MICRO CAP: MERCHANTS TRUST: 'Dividend hero' that's on track for 37 years of future

LIONTRUST UK MICRO CAP: The minnows of the market roar for Liontrust

JUPITER ASIAN INCOME: This prudently managed fund is reaching for computer gaming stars

DIVERSE INCOME TRUST: Dividend-hunting trust that could benefit from a Brexit bounce with a high exposure to robust smaller companies

**LATEST BUSINESS NEWS**

- Shell to buy back shares as profits slip
- Metro Bank shares tank 20% as savers pull £566m
- Lloyds takes fresh £100m hit over PPI scandal
- FTSE LIVE: Construction sector edges back up
- Persimmon bosses promise radical overhaul
- Bosses of Ladbrokes and Foxy Bingo scoop £80m
- Alannah Weston to take over at Selfridges

**LATEST FROM MARKETS**



- FTSE CLOSE: Interest rate held at 0.75%; Barclays sees off Bramson's board push; Construction sector edges back into expansion territory
- Barclays sees off activist investor Edward Bramson's push to land a board seat as only 12.8% of shareholders vote in favour of the proposal
- Bank of England hikes growth forecast for UK economy as interest rates are kept on hold at 0.75%
- Shell's profits slip as the oil giant unveils latest round of bumper share buyback scheme
- Metro Bank shares tank 20% after revealing rattled savers pulled £566m out when major errors in its accounts came to light
- Lloyds takes fresh £100m hit over the PPI scandal while warning the continuing Brexit uncertainty could 'further impact the economy'
- Ocado on list of shame over fat cat pay: Boss set for £100m windfall if he triples the share price over the next five years
- Persimmon bosses promise radical overhaul at the housebuilder following squabbles over fat cat pay and shoddy workmanship
- The bookie wins... AGAIN! Bosses of Ladbrokes and Foxy Bingo scoop £80m pay in just three years
- Selfridges' keeps it in the family: Alannah Weston to take over from her father as chairman of the luxury store

▸ **MORE HEADLINES**

**FREE WEEKLY NEWSLETTER**

'What the money news means for you'
NEWSLETTER STRAIGHT TO YOUR INBOX



QUICK SIGN-UP: just your email required




points unlimited

2K Bonus Points every stay  +  extra 10K Bonus Points every 5 stays or 10 nights

now through May 5


Hilton HONORS   book now

**QUICK WAYS TO SAVE MONEY**


Credit cards


Life insurance





dropped in vehicles

Amazon's latest scheme will allow parcels to be left in the boot of a customer's car. The online giant is running trials of its Key In-Car...

💬 80 comments



**ASK TONY: Drippy home insurer billed me twice to fix the same leaking pipe leaving me £500 out of pocket**

On December 27 last year, we noticed water marks on the ceiling of our living room and ground-floor study. A plumber traced the leak, which...

💬 23 comments



**Energy customers will now receive automatic compensation of up to £120 for switching errors or late return of credit**

As of May 1, customers will receive at least £30 in compensation from energy firms who fail to credit funds correctly, which, according to...

💬 9 comments



**Tesco Mobile customers can now use Clubcard points towards phone bills which double their value**



HEAD START TO HOME COOKED

Get Recipes

GET RECIPES

more ▸