KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiffs
KIMSAPRINCESS, INC. and
KIM KARDASHIAN WEST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KIMSAPRINCESS, INC.; and KIM KARDASHIAN WEST, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MISSGUIDED USA (FINANCE) INC., a Delaware corporation; and MISSGUIDED LIMITED, a United Kingdom corporation of unknown form,<br><br>Defendants. | Case No. 2:19-CV-01258 VAP (JEMx)<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Having reviewed the Motion for Entry of Default and Default Judgment, and good causing appearing therefor, the Court hereby GRANTS the Motion as follows:

1. Default is entered against Defendant Missguided Limited;

2. A default judgment shall be entered against Defendants Missguided Limited and Missguided USA (Finance), Inc., and each of them, comprising compensatory damages in the amount of $_____, attorneys' fees in the amount of $_____, and a permanent injunction in the form set forth in the Judgment.

IT IS SO ORDERED.

DATED: June ___, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

/641134

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850