KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiffs
KIMSAPRINCESS, INC. and
KIM KARDASHIAN WEST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KIMSAPRINCESS, INC.; and KIM KARDASHIAN WEST, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MISSGUIDED USA (FINANCE) INC., a Delaware corporation; and MISSGUIDED LIMITED, a United Kingdom corporation of unknown form,<br><br>Defendants. | Case No. 2:19-CV-01258 VAP (JEMx)<br><br>**[PROPOSED] JUDGMENT** |

## [PROPOSED] JUDGMENT

WHEREAS, the Court has granted Plaintiffs' Motion for Entry of Default and Default Judgment ("Motion");

WHEREAS, by virtue of the Court's Order on the Motion, it is determined that: (i) Plaintiffs own valid trademarks in KIM KARDASHIAN and KIM KARDASHIAN WEST ("Trademarks") for use in connection with, among other things, entertainment services and the promotion of brands; (ii) Defendants have infringed and are continuing to infringe the Trademarks, including on their website www.missguidedus.com and on Instagram; (iii) Defendants' infringement of the Trademark is likely to cause, and has caused, consumer confusion; (iv) Defendants have violated Plaintiffs' rights of publicity under California common law and Civil Code § 3344 by using the name and likeness of Kim Kardashian West in connection with the commercial advertising and sale of goods, including on the website www.missguidedus.com and Instagram; (v) Defendants' infringement of the Trademarks and violation of Plaintiffs' rights of publicity were willful, and with knowledge of, and in reckless disregard of, Plaintiffs' rights; and (v) as a result of the foregoing, this is an "exceptional" case pursuant to the Lanham Act, 15 U.S.C. § 1117, and Plaintiffs are further entitled to attorneys' fees and costs under Civil Code § 3344;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

1. The Court enters judgment in favor of Plaintiffs Kim Kardashian West and Kimsaprincess, Inc. ("Plaintiffs") and against Defendants Missguided Limited and Missguided USA (Finance), Inc. (Collectively, "Defendants");

2. Defendants, jointly and severally, shall pay Plaintiffs compensatory damages in the amount of $_____;

3. Defendants, jointly and severally, shall pay Plaintiffs attorneys' fees and costs in the amount of $_____; and

4. The Court enters a permanent injunction as set forth below:

**Permanent Injunction**

Defendants, and each of their owners, officers, directors, servants, employees, attorneys, agents, representatives, and all persons in active concert or participation with them, shall be permanently enjoined from, in the United States of America, and/or in any way accessible in the United States of America:

(A) using the trademarks KIM KARDASHIAN and/or KIM KARDASHIAN WEST ("Trademarks"), or any confusingly similar variation thereof, in promoting, displaying, marketing, or selling goods or services, including, without limitation, on the website www.missguidedus.com;

(B) using the name, image, or likeness of Kim Kardashian West (hereinafter, "Persona") in promoting, displaying, marketing, or selling goods or services, including, without limitation, on the website www.missguidedus.com; and

(C) using Plaintiffs' Persona and/or Trademarks (or any confusingly similar variation thereof) on Instagram, Facebook, Twitter, or any other social media platform, in connection with the promotion, display, marketing, or sale of goods or services.

DATED: June ___, 2019

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

641136