

FILED
CLERK, U.S. DISTRICT COURT
JUL 2, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Kim Kardashian West,

    Plaintiff,

v.

Misguided Limited et al.,

    Defendant.

2:19-cv-01258-VAP JEM

**DEFAULT JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Misguided USA Finance Inc. has failed to appear, plead, or otherwise defend in this action, and default was entered on March 29, 2019. (Doc. No. 12.) Counsel for Plaintiffs requested judgment against Misguided USA and filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b). (Doc. No. 19.) Pursuant to the Court's Order Granting in Part Plaintiffs' Motion for Default Judgment, judgment is hereby entered in favor of Plaintiffs and against Misguided USA in the amount of $2,700,000.00 in damages and $59,600.00 in attorneys' fees. Furthermore, Misguided USA is hereby permanently enjoined from

using Plaintiffs' trademarks in connection with the sale, marketing or distribution of its products.

**IT IS SO ORDERED.**

Dated: 7/2/19

Virginia A. Phillips
Chief United States District Judge