KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Plaintiffs
KIMSAPRINCESS, INC. and
KIM KARDASHIAN WEST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KIMSAPRINCESS, INC.; and KIM KARDASHIAN WEST, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MISSGUIDED USA (FINANCE) INC., a Delaware corporation; and MISSGUIDED LIMITED, a United Kingdom corporation of unknown form,<br><br>　　　　Defendants. | Case No. 2:19-CV-01258 VAP (JEMx)<br><br>**AMENDED JUDGMENT** |

## AMENDED DEFAULT JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS the Court previously entered a Default Judgment against Defendant Missguided USA (Finance) Inc. on July 2, 2019 (Doc. No. 22);

WHEREAS on July 16, 2020, the Court GRANTED Plaintiff's Motion for Reconsideration and ordered the further entry of default and default judgment against Defendant Missguided Limited (Doc. No. 25);

Accordingly, the Court hereby enters and issues the following Amended Default Judgment:

1. Defendants Missguided USA (Finance) Inc. ("Missguided USA") and Missguided Limited have failed to appear, plead, or otherwise defend in this action, and default was entered against Defendants on March 29, 2019 and July 16, 2020, respectively (Doc Nos. 12 and 25).

2. Counsel for Plaintiffs requested default judgment against Missguided USA and Missguided Limited and filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55(a) and (b). (Doc. No. 19.)

3. Pursuant to the Court's Order Granting In Part Plaintiff's Motion for Default Judgment, and the Court's Order Granting Plaintiff's Motion for Reconsideration, judgment is hereby entered in favor of Plaintiffs and against Missguided USA and Missguided Limited, jointly and severally, in the amount of $2,700,000.00 in damages and $59,600.00 in attorneys' fees.

4. Furthermore, Missuided USA and Missguided Limited are hereby permanently enjoined from using Plaintiffs' trademarks in connection with the sale, marketing, or distribution of their products.

DATED: March 3, 2020

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE